Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff
Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br>*Plaintiff* <br><br> V. <br><br> 2013CHEAPBUY, *et al.*, <br><br> *Defendants* | **CIVIL ACTION No.** <br> **18-cv-11647 (PKC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Hunan Five Good Leather Bags Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: May 16, 2019                                    Respectfully submitted,

                                                       **EPSTEIN DRANGEL LLP**

                                                BY:    _____
                                                       Brieanne Scully (BS 3711)
                                                       bscully@ipcounselors.com
                                                       EPSTEIN DRANGEL LLP
                                                       60 East 42nd Street, Suite 2520
                                                       New York, NY 10165
                                                       Telephone:   (212) 292-5390
                                                       Facsimile:   (212) 292-5391
                                                       *Attorneys for Plaintiff*
                                                       *Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on __May__ __23__, 2019.

_____
Judge P. Kevin Castel
United States District Judge

2