Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>*Plaintiff*<br><br>V.<br><br>2013CHEAPBUY, *et al.*,<br><br>*Defendants* | **CIVIL ACTION No.**<br>**18-cv-11647 (PKC)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants CSTOWN Cultural Creative (Dalian) Co., Ltd., Dongguan Weimei Art & Crafts Co., Ltd. and Yiwu Guanli Clothing Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 13, 2019                    Respectfully submitted,

                                                                          **EPSTEIN DRANGEL LLP**

BY: _____
          Brieanne Scully (BS 3711)
          bscully@ipcounselors.com
          EPSTEIN DRANGEL LLP
          60 East 42nd Street, Suite 2520
          New York, NY 10165
          Telephone:   (212) 292-5390
          Facsimile:    (212) 292-5391
          *Attorneys for Plaintiff*
          *Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


_____
Judge P. Kevin Castel
United States District Judge

2