Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff
Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br> *Plaintiff* <br><br> V. <br><br> 2013CHEAPBUY, *et al.*, <br><br> *Defendants* | **CIVIL ACTION No.** <br> **18-cv-11647 (PKC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Shenzhen Meiya Display Co., Limited in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: June 17, 2019                                    Respectfully submitted,

                                                        EPSTEIN DRANGEL LLP

                                                BY:    _____
                                                        Brieanne Scully (BS 3711)
                                                        bscully@ipcounselors.com
                                                        EPSTEIN DRANGEL LLP
                                                        60 East 42nd Street, Suite 2520
                                                        New York, NY 10165
                                                        Telephone:   (212) 292-5390
                                                        Facsimile:   (212) 292-5391
                                                        *Attorneys for Plaintiff
                                                        Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on 6-18_____, 2019.

_____
Judge P. Kevin Castel
United States District Judge