Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:      (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

*Plaintiff*

V.

2013CHEAPBUY, *et al.*,

*Defendants*

CIVIL ACTION No.
**18-cv-11647 (PKC)**

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Shenzhen Haojun Printing Co., Ltd, Shenzhen Caister Watch Co., Ltd. and Delight Can Fty (Dongguan) Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  June 24, 2019                               Respectfully submitted,

                                                    **EPSTEIN DRANGEL LLP**

                                        BY:    _Ashly E. Sands_
                                               Ashly E. Sands (AS 7715)
                                               asands@ipcounselors.com
                                               EPSTEIN DRANGEL LLP
                                               60 East 42nd Street, Suite 2520
                                               New York, NY 10165
                                               Telephone:    (212) 292-5390
                                               Facsimile:    (212) 292-5391
                                               *Attorneys for Plaintiff*
                                               *Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                        _____
                                        Judge P. Kevin Castel
                                        United States District Judge