Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>*Plaintiff*<br><br>V.<br><br>2013CHEAPBUY, *et al*.,<br><br>*Defendants* | **CIVIL ACTION No.**<br>**18-cv-11647 (PKC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc., ("Mattel" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Baoding Jia Li Textiles Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: July 9, 2019                                             Respectfully submitted,

                                                                **EPSTEIN DRANGEL LLP**

                                                        BY:    _____
                                                                Brieanne Scully (BS 3711)
                                                                bscully@ipcounselors.com
                                                                EPSTEIN DRANGEL LLP
                                                                60 East 42nd Street, Suite 2520
                                                                New York, NY 10165
                                                                Telephone:    (212) 292-5390
                                                                Facsimile:    (212) 292-5391
                                                                *Attorneys for Plaintiff*
                                                                *Mattel, Inc.*

**It is so ORDERED.**

Signed at New York, NY on ___July_____ _10_, 2019.

                                            _____
                                            Judge P. Kevin Castel
                                            United States District Judge

2